**BEFORE THE FEDERAL DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

| | |
|---|---|
| WILBUR-ELLIS COMPANY, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>KEVIN ERIKSON and J.R. SIMPLOT COMPANY,<br><br>*Defendant*. | 4:23-cv-04058-LLP<br><br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT KEVIN ERIKSON** |

PLEASE TAKE NOTICE that Meredith A. Moore, Nichole J. Mohning and Ryan S. Armstrong of Cutler Law Firm, LLP, appear in this matter on behalf of Defendant Kevin Erikson, and counsel requests copies of all pleadings, documents, orders, and filings in the above-entitled matter.

Dated this 20th day of April, 2023.

Respectfully submitted,

CUTLER LAW FIRM, LLP

*/s/ Nichole J. Mohning*
Nichole J. Mohning
Meredith A. Moore
Ryan S. Armstrong
140 N. Phillips Ave., 4th Floor
PO Box 1400
Sioux Falls, SD 57101-1400
T:  +1 605 335 4995
F:  +1 605 335 4961
meredithm@cutlerlawfirm.com
nichole@cutlerlawfirm.com
ryana@cutlerlawfirm.com